IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lambert, Danny

Printed: 2/19/08

Case Number: 06 B 10029
Judge: Wedoff, Eugene R
Filed: 8/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 3, 2008
Confirmed: October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,750.00 |  |
| Secured: |  | 4,411.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,001.00 |
| Trustee Fee: |  | 337.94 |
| Other Funds: |  | 0.00 |
| Totals: | 6,750.00 | 6,750.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,001.00 | 2,001.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 11,334.45 | 1,901.88 |
| 4. | CitiFinancial Mortgage | Secured | 14,154.82 | 2,509.18 |
| 5. | B-Line LLC | Unsecured | 2,917.99 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 614.38 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 264.53 | 0.00 |
| 8. | Capital One | Unsecured | 810.76 | 0.00 |
| 9. | Capital One | Unsecured | 624.53 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 614.58 | 0.00 |
| 11. | Cavalry Portfolio/Collection | Unsecured | 854.45 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 1,324.73 | 0.00 |
| 13. | Capital One Auto Finance | Unsecured | 93.31 | 0.00 |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 17. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 18. | Cash Transfers Center | Unsecured |  | No Claim Filed |
| 19. | Park Dansan | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | TCF Bank | Unsecured |  | No Claim Filed |
| 24. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 25. | USA Payday Loans | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lambert, Danny

Printed:  2/19/08

Case Number:  06 B 10029
Judge:  Wedoff, Eugene R
Filed:  8/17/06

|  |  |
|---:|---:|
| _____ | _____ |
| $ 35,609.53 | $ 6,412.06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 11.12 |
| 4.8% | 205.32 |
| 5.4% | 121.50 |
|  | _____ |
|  | $ 337.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____